FILED
CLERK, U.S. DISTRICT COURT
07/30/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___SW___ DEPUTY

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
EDDIE A. JAUREGUI (Cal. Bar. No. 297986)
POONAM G. KUMAR (Cal. Bar No. 270802)
JULIAN L. ANDRE (Cal Bar. No. 251120)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0719
     Facsimile: (213) 894-6269
     E-mail:    eddie.jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>      v.<br><br>ZHONGTIAN LIU,<br>CHINA ZHONGWANG HOLDINGS<br>   LIMITED,<br>ZHAOHUA CHEN,<br>XIANG CHUN SHAO,<br>PERFECTUS ALUMINIUM, INC.,<br>PERFECTUS ALUMINUM<br>   ACQUISITIONS, LLC,<br>SCUDERIA DEVELOPMENT, LLC,<br>1001 DOUBLEDAY, LLC,<br>VON KARMAN – MAIN STREET, LLC,<br>   and<br>10681 PRODUCTION AVENUE, LLC,<br><br>  Defendants. | No. CR 19-282-RGK<br><br>GOVERNMENT'S *EX PARTE* APPLICATION TO UNSEAL CASE |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Eddie A. Jauregui,

1  Poonam G. Kumar, and Julian L. André, hereby files its Ex Parte
2  Application to Unseal Case.
3      This application is based upon the attached declaration of
4  Assistant United States Attorney Eddie A. Jauregui, the files and
5  records in this case, and such further evidence and argument as the
6  Court may permit.

7  Dated: July 30, 2019                Respectfully submitted,

8                                      NICOLA T. HANNA
                                       United States Attorney
9
                                       BRANDON D. FOX
10                                     Assistant United States Attorney
                                       Chief, Criminal Division
11

12                                          /s/
                                       _____
                                       EDDIE A. JAUREGUI
13                                     POONAM G. KUMAR
                                       JULIAN L. ANDRÉ
14                                     Assistant United States Attorneys

15                                     Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA
16

2

**DECLARATION OF EDDIE A. JAUREGUI**

I, Eddie A. Jauregui, declare as follows:

1.   I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I represent the government in the prosecution of <u>United States v. Zhongtian Liu</u>, et al., No. CR 19-282-RGK.

2.   On May 7, 2019, a federal grand jury sitting in this district returned an indictment against the defendants in the above-captioned matter.  At the time the indictment was filed, the government filed an <u>ex parte</u> application seeking to seal the matter and requesting that the indictment remain sealed until such time as one of the defendants was taken into custody on the charges and the government filed a "Report Commencing Criminal Action."  The government requested sealing on the ground that unsealing the indictment at that time could jeopardize the government's ability to apprehend the individual defendants because they had not yet been arrested and were not informed that they were being named as defendants in the indictment to be presented to the grand jury on May 7, 2019.

3.   To date, none of the individual defendants has been taken into custody.  Based on information obtained by the case agents, the government believes that these individuals are presently located in the People's Republic of China or other foreign locations and there is no indication that they are likely to return to the United States any time in the near future.  Thus, no arrests are imminent.

4.   Nevertheless, because the indictment names other defendants against whom the case may proceed, namely, the corporate defendants, and because related matters are soon to be publicly filed, the

government believes it is no longer necessary to keep the above-referenced indictment sealed.

5.   Accordingly, the government requests that the indictment and sealed documents in this case be unsealed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on July 30, 2019.

/s/
EDDIE A. JAUREGUI
Assistant United States Attorney

2