NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4849/0600
     Facsimile: (213) 894-6269
     E-mail:    eddie.jauregui@usdoj.gov
                roger.hsieh@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-282-RGK-GJS |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| ZHONGTIAN LIU ET AL., | |
| Defendants. | |

Having reviewed the government's Motion for Certification of Facts and Issuance of an Order to Show Cause ("Motion") and the evidence submitted in connection with the Motion [Dkt. No. 52], and having presided over the proceedings in this matter on August 26, 2019, the COURT HEREBY FINDS AND CERTIFIES the following facts:

1. Defendants Perfectus Aluminium Inc., also known as "Perfectus Aluminum Inc.," Perfectus Aluminum Acquisitions, LLC, Scuderia Development, LLC, 1001 Doubleday, LLC, Von Karman-Main Street, LLC, and 10681 Production Avenue, LLC ("defendants") were

1

properly served under Federal Rule of Criminal Procedure 4 with summonses to appear before the United States District Court to answer to an Indictment on August 26, 2019, at 2:00 p.m. at the United States Courthouse at 255 E. Temple Street, Los Angeles, California, 90012. The summonses were served on defendants via certified mail to the defendants' registered agents for service of process, or in the case of Scuderia Development, LLC, to an officer, between August 3, 2019, and August 6, 2019.

2. An attorney claiming to represent these defendants, Robert Ruyak of the Ruyak Cherian firm, stated that he was aware of the August 26, 2019, appearance date but that his clients, the "US entities," had "made quite clear" to him that neither he nor his firm had "been retained . . . to enter an appearance and attend on Monday [August 26, 2019]."

3. None of the aforementioned defendants appeared for their initial appearances at the Roybal Federal Building, 255 East Temple Street, Los Angeles, California, in Courtroom 341, on August 26, 2019, at 2:00 p.m., notwithstanding the summonses to appear in that place and on that date and time.

Accordingly, and based on the foregoing facts, the COURT HEREBY CERTIFIES that the government has established a prima facie case of contempt by defendants Perfectus Aluminium Inc., also known as "Perfectus Aluminum Inc.," Perfectus Aluminum Acquisitions, LLC, Scuderia Development, LLC, 1001 Doubleday, LLC, Von Karman-Main Street, LLC, and 10681 Production Avenue, LLC.

Further, the Court ORDERS that defendants Perfectus Aluminium Inc., also known as "Perfectus Aluminum Inc.," Perfectus Aluminum Acquisitions, LLC, Scuderia Development, LLC, 1001 Doubleday, LLC,

Von Karman-Main Street, LLC, and 10681 Production Avenue, LLC each is **ordered to show cause in writing, why they should not be adjudged in contempt by reason of the facts so certified, by 12:00 P.M. on Wednesday, September 11, 2019.  Further, the defendants shall appear before the Hon. R. Gary Klausner, at 10:00 A.M. on Thursday, September 12, 2019, for a show cause hearing**.

     IT IS SO ORDERED.

9/6/2019
DATE

GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

Presented by:

    /s/
EDDIE A. JAUREGUI
Assistant United States Attorney