NICOLA T. HANNA
United States Attorney
BRANDON D. FOX                                        cc: FISCAL
Assistant United States Attorney
Chief, Criminal Division
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4849/0600
     Facsimile: (213) 894-6269
     E-mail:    eddie.jauregui@usdoj.gov
                roger.hsieh@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 19-282-RGK |
| Plaintiff, | [~~PROPOSED~~] ORDER ISSUING CIVIL CONTEMPT SANCTIONS TO DEFENDANTS FOR FAILURE TO APPEAR AT INITIAL APPEARANCE |
| v. | |
| ZHONGTIAN LIU ET AL., | |
| Defendants. | |

Having reviewed the government's Motion for Certification of Facts and Issuance of an Order to Show Cause and the evidence submitted in connection with the Motion (Dkts. 52-53), the Magistrate Court's Order and Certification of Facts (Dkt. 55), and having presided over the Order to Show Cause Hearing in this matter on September 12, 2019, the COURT HEREBY FINDS:

1. Defendants Perfectus Aluminium Inc., also known as "Perfectus Aluminum Inc.," Perfectus Aluminum Acquisitions, LLC, and

1

Scuderia Development, LLC ("defendants") were properly served under Federal Rule of Criminal Procedure 4 with summonses to appear before the United States District Court to answer to an Indictment on August 26, 2019, at 2:00 p.m. at the United States Courthouse at 255 E. Temple Street, Los Angeles, California, 90012.  The summonses were served on defendants via certified mail to the defendants' registered agents for service of process, or in the case of Scuderia Development, LLC, to an officer, between August 3, 2019, and August 6, 2019.

2. None of the aforementioned defendants appeared for their initial appearances at the Roybal Federal Building, 255 East Temple Street, Los Angeles, California, in Courtroom 341, on August 26, 2019, at 2:00 p.m., notwithstanding the summonses to appear in that place and on that date and time.

3. On September 4, 2019, the government filed a motion for certification of facts and issuance of an order to show cause. (Dkts. 52-53.)

4. On September 9, 2019, the Magistrate Court ordered defendants to show cause in writing why they should not be adjudged in contempt by 12:00 p.m. on September 11, 2019, and appear before the District Court at 10:00 a.m. on September 12, 2019, for a show cause hearing.  (Dkt. 55.)

5. The government served the Magistrate Court's order (Dkt. 55) to defendants' registered agent for service of process on September 10, 2019.

6. To date, defendants have failed to state in writing why they should not be adjudged in contempt, and they failed to appear at the September 12, 2019, show cause hearing.

7. The government has shown by clear and convincing evidence that defendants have violated a court order by failing to appear for their initial appearances.

Accordingly, the COURT HEREBY ORDERS:

1. Defendants shall each pay a civil contempt sanction of $2000 per calendar day, payable to the Court, until defendants schedule and appear before the Court for arraignment on the Indictment.

2. The civil contempt sanctions against defendants shall start to accrue two calendars days after the date of entry of this Order.

3. If defendants have not scheduled and appeared before the Court for arraignment on the Indictment four weeks after the civil contempt sanctions ordered herein have begun to accrue, the civil contempt sanctions shall increase to $4000 per calendar day for each defendant.

4. The government may petition the Court for interim judgments reflecting the accrued sanctions to be due, payable, and subject to immediate collection upon entry of such interim judgments.

///
///
///

5. The government may petition the Court to increase the daily civil contempt sanction for each defendant if the fine ordered is not sufficiently coercive to obtain defendants' compliance with their obligations to schedule and appear for their arraignments on the Indictment.

IT IS SO ORDERED.

September 19, 2019
DATE

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
ROGER A. HSIEH
Assistant United States Attorney