1  NICOLA T. HANNA
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   BRENDAN T. MOCKLER
4  Assistant United States Attorney
   Chief, Financial Litigation Section
5  ROBERT I. LESTER (CBN 116429)
   Assistant United States Attorney
6          Federal Building, Suite 7516
           300 North Los Angeles Street
7          Los Angeles, California 90012
           Telephone: (213) 894-2464
8          Facsimile:  (213) 894-7819
           E-mail: robert.lester@usdoj.gov
9
10 Attorneys for Plaintiff
   United States of America
11
12              UNITED STATES DISTRICT COURT

13        FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 19-0282-RGK |
| Plaintiff, | **UNITED STATES OF AMERICA'S REQUEST THAT COURT ENTER SECOND INTERIM JUDGMENT AGAINST DEFENDANTS PERFECTUS ALUMINIUM INC, ALSO KNOWN AS "PERFECTUS ALUMINUM INC."; PERFECTUS ALUMINUM ACQUISITIONS, LLC; SCUDERIA DEVELOPMENT, LLC; 1001 DOUBLEDAY, LLC; VON KARMAN-MAIN STREET, LLC; AND 10681 PRODUCTION AVENUE, LLC;** |
| v. | |
| ZHONGTIAN LIU, CHINA ZHONGWANG HOLDINGS LIMITED, ZHAOHUA CHEN, XIANG CHUN SHAO, PERFECTUS ALUMINIUM INC., PERFECTUS ALUMINUM ACQUISITIONS, LLC, SCUDERIA DEVELOPMENT, LLC, 1001 DOUBLEDAY, LLC, VON KARMAN - MAIN STREET, LLC, and 10681 PRODUCTION AVENUE, LLC, | |
| Defendants. | **[PROPOSED] SECOND INTERIM JUDGMENT.** |

1
2
3
4
5
6
7

The United States requests that the Court enter a Second Interim Judgment against defendants Perfectus Aluminium Inc., also known as "Perfectus Aluminum Inc."; Perfectus Aluminum Acquisitions, LLC; Scuderia Development, LLC; 1001 Doubleday, LLC; Von Karman-Main Street, LLC; and 10681 Production Avenue, LLC, (collectively "defendants") in the amount of $532,000 per defendant for their failure to appear for arraignment on the indictment in the period between February 1, 2020 and through April 12, 2020.

8
9
10
11
12
13
14
15
16
17
18
19
20
21

The government properly served defendants with summonses to appear for an initial appearance date of August 26, 2019. Defendants thereafter failed to appear for nearly eight months. On September 19, 2019, the Court issued civil contempt sanctions in the amount of $2,000 per defendant against Perfectus Aluminium Inc., Perfectus Aluminum Acquisitions, LLC, and Scuderia Development, LLC. (Dkt. 59.) On October 7, 2019, the Court issued civil contempt sanctions in the amount of $2,000 per defendant against 1001 Doubleday, LLC; Von Karman-Main Street, LLC; and 10681 Production Avenue, LLC. (Dkt. 64.) These daily sanctions increased to $4,000 per defendant after four weeks of non-appearance. (Dkts. 59, 64.) On February 10, 2020, the Court entered an order increasing the daily civil contempt sanctions to $8,000 per defendant, and the increased sanctions took effect on February 12, 2020. (Dkt. 71.) The Court's orders noted that daily sanctions against each defendant would continue to accrue until defendants "scheduled and appear before the Court for arraignment on the indictment[.]" (See e.g., Dkt. 71 at 2.)

22
23
24
25
26
27

On March 6, 2020, at the government's request, the Court entered the first Interim Judgment in the amount of $476,000 per defendant against Perfectus Aluminium Inc., Perfectus Aluminum Acquisitions, LLC, and Scuderia Development, LLC and $404,000 per defendant against 1001 Doubleday, LLC; Von Karman-Main Street, LLC; and 0681 Production Avenue, LLC. (Dkt. 74.) This first Interim Judgment represented the accrual of sanctions against each defendant through January 31, 2020. (Dkt. 74.)

28

To date, the defendants have failed to make any payments towards the outstanding judgments against them.

On March 18 and 19, 2020, counsel for defendants filed notices of appearance on the docket.  (Dkts. 81-83.)  Defendants thereafter asked this Court to suspend the accrual of sanctions from the date their counsel filed their notices of appearance.  (Dkt. 86.)  The government opposed this request, and the Court denied defendants' ex parte application.  (Dkt. 87, 88.)  In its Order, the reiterated that "the sanctions will continue until the Defendants schedule and appear for arraignment on the indictment."  (Dkt. 89.)  On April 13, 2020, defendants appeared through counsel for their initial appearances and post-indictment arraignments.  (Dkts. 127-36.)

Accordingly, the government respectfully requests that the Court enter a Second Interim Judgment against each of the defendants in the amount of $532,000 for defendants' failure to appear for arraignment on the indictment between February 1, 2020 through April 12, 2020.  A table setting forth the calculation of fines is below:

| Dates | Daily Fine Per Defendant | Total Fine |
|---|---|---|
| 2/1/20 - 2/11/20 (11 days) | $4,000 | $44,000 per defendant |
| 2/12/20 – 4/12/20 (61 days) | $8,000 | $488,000 per defendant |
| | Total | $532,000 per defendant |

DATED:   May 20, 2020.

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
BRENDAN T. MOCKLER
Assistant United States Attorney
Chief, Financial Litigation Section


  /s/ Robert I. Lester
ROBERT I. LESTER
Assistant United States Attorney

Attorneys for Plaintiff United States

2