# DENIED
## BY ORDER OF THE COURT

TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
POONAM G. KUMAR (Cal. Bar No. 270802)
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0719/0600
     Facsimile: (213) 894-6269
     E-mail:    poonam.kumar@usdoj.gov
                roger.hsieh@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-282-RGK |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| ZHONGTIAN LIU ET AL., | **[PROPOSED] TRIAL DATE:** 1/18/2022 |
| Defendant. | |

~~The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Pursuant to the Speedy Trial Act, filed by the parties in this matter on April 26, 2021.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.~~

~~The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual and so complex, due to the nature of the prosecution, that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (iv) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. These findings are based on the facts set forth in the parties' Stipulation, including but not limited to the facts related to the COVID-19 pandemic.~~

~~THEREFORE, FOR GOOD CAUSE SHOWN:~~

~~1.  The trial in this matter is continued from August 10, 2021, January 18, 2022.~~

~~2.  The time period of August 10, 2021, to January 18, 2022, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(ii).~~

~~3.  Defendants shall appear in Courtroom 850 of the Federal Courthouse, 255 East Temple Street, Los Angeles, California on January 18, 2022, at 9:00 a.m.~~

~~4.  Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must~~

1  ~~commence.  Moreover, the same provisions and/or other provisions of~~
2  ~~the Speedy Trial Act may in the future authorize the exclusion of~~
3  ~~additional time periods from the period within which trial must~~
4  ~~commence~~.
5      The Stipulation is DENIED.
6      IT IS SO ORDERED.

8   April 30, 2021
     DATE                              HONORABLE R. GARY KLAUSNER
9                                      UNITED STATES DISTRICT JUDGE

12  Presented by:
13      /s/
     ROGER A. HSIEH
14   Assistant United States Attorney