TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
POONAM G. KUMAR (Cal. Bar No. 270802)
ROGER A. HSIEH (Cal. Bar No. 294195)
GREGORY D. BERNSTEIN (Cal. Bar No. 299204)
Assistant United States Attorneys
Major Fraud/General Crimes Sections
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0719/0600/3183
    Facsimile: (213) 894-6269
    E-mail:    poonam.kumar@usdoj.gov
             roger.hsieh@usdoj.gov
             gregory.bernstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-282-RGK |
|---|---|
| Plaintiff, | *EX PARTE* APPLICATION FOR ORDER COMPELLING TESTIMONY OF YIHWOU HOWARD CHEN PURSUANT TO TITLE 18 U.S.C § 6001 *ET SEQ.*; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF TRACY L. WILKISON; EXHIBIT; [PROPOSED] ORDER |
| v. | |
| ZHONGTIAN LIU,<br>  aka "Liu Zhongtian,"<br>  aka "Chairman,"<br>  aka "Uncle Liu,"<br>  aka "UL,"<br>  aka "Big Boss,"<br>CHINA ZHONGWANG HOLDINGS<br>    LIMITED,<br>  aka "ZW,"<br>  aka "Mother Ship,"<br>ZHAOHUA CHEN,<br>  aka "Chen Zhaohua,"<br>  aka "Uncle Chen,"<br>XIANG CHUN SHAO,<br>  aka "Johnson Shao,"<br>PERFECTUS ALUMINIUM Inc.,<br>  aka "Perfectus Aluminum Inc.,"<br>PERFECTUS ALUMINUM<br>    ACQUISITIONS, LLC,<br>SCUDERIA DEVELOPMENT, LLC,<br>1001 DOUBLEDAY, LLC,<br>VON KARMAN – MAIN STREET, LLC,<br>    and | |

10681 PRODUCTION AVENUE, LLC,

      Defendants.

The Acting United States Attorney hereby applies to this Honorable Court for an order compelling to testify and produce evidence pursuant to the provisions of Title 18, United States Code, Section 6001 et seq., and respectfully represents as follows:

1.   Yihwou Howard Chen has been subpoenaed to testify before this Court on July 7, 2021;

2.   Counsel for Yihwou Howard Chen has advised that if Yihwou Howard Chen is called to the stand he will at that time refuse to answer questions, invoking the constitutional privilege against self-incrimination;

3.   In the judgment of the Acting United States Attorney, the testimony of Yihwou Howard Chen may be necessary to the public interest; and

4.   Amanda N. Liskamm, an authorized Acting Deputy Assistant Attorney General of the United States, has approved this application for an order instructing Yihwou Howard Chen to testify pursuant to 18 U.S.C. § 6002 and 28 C.F.R. § 0.175(a).

Wherefore, pursuant to the provisions of 18 U.S.C. § 6001 et seq., the Acting United States Attorney requests that the Court order Yihwou Howard Chen to give testimony relating to all matters within his knowledge about which he may be interrogated in this matter.

//

//

In support of this motion, the Acting United States Attorney submits herewith the attached declaration of Tracy L. Wilkison, exhibit, and proposed order.

Dated: July 29, 2021          Respectfully submitted,

                              TRACY L. WILKISON
                              Acting United States Attorney

                              SCOTT M. GARRINGER
                              Assistant United States Attorney
                              Chief, Criminal Division


                                    /s/
                              POONAM G. KUMAR
                              ROGER A. HSIEH
                              GREGORY D. BERNSTEIN
                              Assistant United States Attorney

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA

## <u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

The United States is applying to this court pursuant to 18 U.S.C. § 6003 for an order compelling the testimony of a witness before the Court in this matter.  Section 6003(b) provides that the United States Attorney may request such an order when in her judgment the testimony or other information from an individual may be necessary to the public interest, and such individual has refused or is likely to refuse to testify or provide other information on the basis of his privilege against self-incrimination.  The attached Declaration of Tracy L. Wilkison, the Acting United States Attorney, establishes that in her judgment the testimony of this witness may be necessary to the public interest and that this witness has refused or will refuse to testify on the basis of his privilege against self-incrimination.  Section 6003(a) provides that "the United States district court . . . shall issue . . . upon the request of the United States Attorney . . . , an order requiring such individual to give testimony or provide other information which he refuses to give or provide on the basis of his privilege against self-incrimination." The grant of the order is, therefore, mandatory upon a proper request such as the one presented here.

1

### DECLARATION OF TRACY L. WILKISON

2      I, Tracy L. Wilkison, declare as follows:

3      1.   I am the Acting United States Attorney for the Central
4  District of California.

5      2.   I have been advised by Assistant United States Attorney
6  Poonam G. Kumar that Daniel Nixon, counsel for Yihwou Howard Chen has
7  advised that if Yihwou Howard Chen is called to the stand before the
8  Court in this matter, he will refuse to answer certain questions,
9  invoking the constitutional privilege against self-incrimination.

10     3.   Assistant United States Attorney Poonam G. Kumar has
11  presented the facts of the investigation to me, and in my judgment,
12  the testimony of Yihwou Howard Chen may be necessary to the public
13  interest.

14     4.   An authorized Acting Deputy Assistant Attorney General of
15  the United States has approved the application for an order
16  instructing Yihwou Howard Chen to testify and produce evidence under
17  the provisions of 18 U.S.C. § 6003 and 28 C.F.R. § 0.175(a).  A true
18  copy of the letter from Amanda N. Liskamm, Acting Deputy Assistant
19  Attorney General, Criminal Division, Department of Justice,
20  expressing said approval is attached as Exhibit 1.

21     5.   Assistant United States Attorney Poonam G. Kumar has
22  advised me of the following matters:

23         a.   Trial is currently pending in this matter and the
24  government will require the testimony of Yihwou Howard Chen.

25  //

26  //

27  //

28  //

4

b.   Assistant United States Attorney Poonam G. Kumar is available to consult with the court.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  This 31st day of July, 2021.

_____
TRACY L. WILKISON
Acting United States Attorney