TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
POONAM G. KUMAR (Cal. Bar No. 270802)
ROGER A. HSIEH (Cal. Bar No. 294195)
GREGORY D. BERNSTEIN (Cal. Bar No. 299204)
Assistant United States Attorneys
Major Fraud/General Crimes Sections
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0719/0600/3183
     Facsimile: (213) 894-6269
     E-mail:    poonam.kumar@usdoj.gov
                roger.hsieh@usdoj.gov
                gregory.bernstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

               FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>ZHONGTIAN LIU,<br>　　aka "Liu Zhongtian,"<br>　　aka "Chairman,"<br>　　aka "Uncle Liu,"<br>　　aka "UL,"<br>　　aka "Big Boss," et al.,<br><br>　　　　Defendants. | No. CR 19-282-RGK<br><br><u>GOVERNMENT'S AMENDED TRIAL BILL OF PARTICULARS RE: FORFEITURE</u> |

     Notice is hereby given that the government, pursuant to the
forfeiture allegations set out in the Indictment and 18 U.S.C.

§§ 981 (a)(1)(A) & (C), 982, and 545, and 28 U.S.C. § 2461(c), intends to seek the criminal forfeiture of the following specific property:

    Approximately 279,808 aluminum structures in the shape of pallets.

Dated: August 9, 2021          Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

      /s/
POONAM G. KUMAR
ROGER A. HSIEH
GREGORY D. BERNSTEIN
Assistant United States Attorneys
Major Fraud/General Crimes Sections

Attorney for Plaintiff
UNITED STATES OF AMERICA