Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
Hilary Potashner (SBN 167060)
hpotashner@larsonllp.com
A. Alexander Lowder (SBN 269362)
alowder@larsonllp.com
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Defendants
SCUDERIA DEVELOPMENT, LLC,
1001 DOUBLEDAY, LLC,
VON KARMAN - MAIN STREET, LLC,
and 10681 PRODUCTION AVENUE, LLC

ROBERT F. RUYAK *(Pro Hac Vice)*
robertr@ruyakcherian.com
JOSHUA C. BENSON (SBN 228983)
joshuab@ruyakcherian.com
**RUYAKCHERIAN LLP**
1901 L Street NW, Suite 700
Washington, DC 20036
Telephone: 202-838-1560

Attorneys for Defendants
PERFECTUS ALUMINIUM INC.,
aka "Perfectus Aluminum Inc.," and
PERFECTUS ALUMINUM ACQUISITIONS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ZHONGTIAN LIU,<br>　　aka "Liu Zhongtian,"<br>　　aka "Chairman,"<br>　　aka "Uncle Liu,"<br>　　aka "UL,"<br>　　aka "Big Boss,"<br>CHINA ZHONGWANG HOLDINGS LIMITED,<br>　　aka "ZW,"<br>　　aka "Mother Ship," | Case No. 19-cr-00282 RGK<br><br>**STIPULATION TO (1) CONTINUE SENTENCING HEARING OF AND (2) ENTRY OF ORDER ENJOINING DISSIPATION OF ASSETS BY DEFENDANTS SCUDERIA DEVELOPMENT, LLC, 1001 DOUBLEDAY, LLC, VON KARMAN - MAIN STREET, LLC, and 10681 PRODUCTION AVENUE, LLC, PERFECTUS ALUMINIUM, INC. and PERFECTUS ALUMINUM ACQUISITIONS, LLC.** |

| | |
|---|---|
| ZHAOHUA CHEN,<br>    aka "Chen Zhaohua,"<br>    aka "Uncle Chen,"<br>XIANG CHUN SHAO,<br>    aka "Johnson Shao,"<br>PERFECTUS ALUMINIUM, INC.,<br>    aka Perfectus Aluminum Inc.,"<br>PERFECTUS ALUMINUM ACQUISITIONS, LLC,<br>SCUDERIA DEVELOPMENT, LLC,<br>1001 DOUBLEDAY, LLC,<br>VON KARMAN - MAIN STREET, LLC, and<br>10681 PRODUCTION AVENUE, LLC,<br><br>            Defendants. | **CURRENT HEARING DATE:**<br>**December 13, 2021 at 10:00 a.m.**<br><br>**[PROPOSED] HEARING DATE:**<br>**February 28, 2022 at 10:00 a.m.**<br><br>Judge:  R. Gary Klausner<br><br>Trial Date:  August 10, 2021 |

## JOINT STIPULATION

Defendants Scuderia Development, LLC, 1001 Doubleday, LLC, Von Karman - Main Street, LLC, and 10681 Production Avenue, LLC (the "Warehouse Defendants"), and Perfectus Aluminum, Inc., and Perfectus Aluminum Acquisitions, LLC (the "Perfectus Defendants") and collectively "Defendants," by and through their respective counsel of record, Larson LLP and Ruyak Cherian LLP and plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Poonam G. Kumar, Roger Hsieh, and Gregory D. Bernstein (collectively, the "Parties") hereby submit the following joint stipulation:

WHEREAS, the sentencing hearing in this matter is scheduled for December 13, 2021 at 10:00 a.m.;

WHEREAS, counsel for the Defendants require additional time to prepare and to assemble relevant evidence;

WHEREAS, Defendants agree to the entry of an order, pursuant to 28 U.S.C. § 1651, prohibiting them, their agents, representatives, employees, attorneys, parent companies, subsidiaries, owners, and their assigns, from transferring, selling, assigning, pledging, distributing, giving away, encumbering, or otherwise participating in the disposal or removal from the jurisdiction of this Court of Defendants' assets (i.e., "property or rights to property," *see* 18 U.S.C. § 3613(a)), including, but not limited to, the warehouse properties owned by 1001 Doubleday, LLC (Ontario), Scuderia Development, LLC (Riverside), 10681 Production Avenue (Fontana), and Von Karman – Main Street, LLC (Irvine), and the 279,808 aluminum items seized by the government, or taking any action or causing any action to be taken that might depreciate, damage, or diminish the value of Defendants' property or rights to property for the period of time from the date of the order until 30 days beyond the sentencing date in this matter;

WHEREAS, Defendants and their counsel shall promptly provide actual notice of the order approving this stipulation to any person who has the authority

(actual or apparent) to take any action with regard to the Defendants' assets as set forth above; and

WHEREAS, Plaintiff United States of America does not object to a continuance of the sentencing hearing upon the entry of the requested order restraining the dissipation of assets.

Accordingly, the parties jointly stipulate and request to continue the sentencing hearing in this matter to February 28, 2022 at 10:00 a.m., or as soon thereafter as is convenient for the Court.

Dated: October 14, 2021   LARSON LLP

By: /s/ Hilary Potashner[1]
Stephen G. Larson
Hilary Potashner
A. Alexander Lowder
Attorneys for Defendants
SCUDERIA DEVELOPMENT, LLC, 1001 DOUBLEDAY, LLC, VON KARMAN - MAIN STREET, LLC, and 10681 PRODUCTION AVENUE, LLC

Dated: October 14, 2021   RUYAKCHERIAN LLP

By: /s/ Robert F. Ruyak
Robert F. Ruyak
Joshua C. Benson
Attorneys for Defendants
PERFECTUS ALUMINIUM INC., aka "Perfectus Aluminum Inc.," and PERFECTUS ALUMINUM ACOUISITIONS LLC

---

[1] Pursuant to Local Rule 5-4.3.4, I attest that the attorneys for the United States of America, as well as counsel for co-Defendants Perfectus Aluminum Inc., aka

1  Dated: October 14, 2021         TRACY L. WILKISON
2                                  Acting United States Attorney
                                   SCOTT M. GARRINGER
3                                  Assistant United States Attorney
4
5
6                                  By:    /s/ Poonam G. Kumar
                                          Poonam G. Kumar
7                                         Roger A. Hsieh
                                          Gregory D. Bernstein
8                                  Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27  "Perfectus Aluminum Inc." and Perfectus Aluminum Acquisitions LLC, concur in
28  this filing's content and have authorized its filing.